1:30 P.M.

## PROCEEDING MEMO

**Date:  JULY 26, 2016**

**In re:  EUGENE G. BRAGANO**          **Bankruptcy No.  13-25333 CMB**
                                        **Chapter 7**
                                        **Doc. # 109**

**Appearances:**

**Movant(s):**     Andrew F. Gornall

**Respondent(s):**  Lawrence W. Willis, ~~Carol L. Hanna~~

**Creditor(s):**

**Nature of Proceeding:**  **Motion for Relief from the Automatic Stay filed by MidFirst Bank**

**Additional Pleadings:**  **(341 held 5/31/2016);  Certificate of Service; Response by Debtor (113)**

**Judge's Notes:**                              _- Parties consent_

**Outcome:**

✓ Motion is GRANTED   ✓ Order entered  — _Modified effective in 30 days_

_____Motion is DENIED   _____Order entered

_____Motion WITHDRAWN

_____Motion is DISMISSED _____ Order entered

_____Reschedule for Proper Service

_____Case DISMISSED _____Order entered

_____Parties to submit Order/Settlement/Stipulation by _____days

_____CONTINUED MATTER:   _____for at least _____days (Court to Issue Order)

_____ to hearing date of _____

____ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____days
                               Respondent(s) brief due _____days
                               Trustee's brief due _____days

                                         **Carlota M. Böhm**
                                         **U. S. Bankruptcy Judge**

FILED
7/26/16 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA