UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eugene G. Bragano<br>　　　　　　　　　　Debtor<br><br>MidFirst Bank,<br>its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　v.<br>Eugene G. Bragano<br>　　　　　　　　　　Respondent<br>　　　and<br>Natalie Lutz Cardiello Esq., Trustee<br>　　　　　　　　　　Additional Respondent | BK. NO. 13-25333 CMB<br><br>CHAPTER 7<br>Related to Docket # 110 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 26th day of July, 2016, at Pittsburgh, upon Motion of MidFirst Bank, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 1018 Forsythe Road, Carnegie, PA 15106 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property. This Order becomes effective in 30 days.

_____
United States Bankruptcy Judge

FILED
7/26/16 3:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Eugene G Bragano  
    Debtor

Case No. 13-25333-CMB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 1      Date Rcvd: Jul 26, 2016  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2016.  
db          +Eugene G Bragano,    1018 Forsythe Rd,    Carnegie, PA 15106-3045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2016 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com,  
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Carol L. Hanna    on behalf of Attorney Carol Lynn Hanna karen@carollhanna.com  
         Carol L. Hanna    on behalf of Debtor Eugene G Bragano karen@carollhanna.com  
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Carnegie jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    Carlynton School District jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Lawrence W. Willis    on behalf of Debtor Eugene G Bragano help@urfreshstrt.com,  
          urfreshstrt@gmail.com  
         Matthew Christian Waldt    on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,  
          bkecf@milsteadlaw.com  
         Natalie Lutz Cardiello    ncardiello@comcast.net,    ncardiello@ecf.epiqsystems.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,  
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                          TOTAL: 10