**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 13-25333-CMB |
| | : | |
| EUGENE G BRAGANO | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

**NOTICE OF WITHDRAWAL**

To: Michael R. Rhodes, Clerk of Courts

    PLEASE TAKE NOTICE that the Trustee withdraws her Report of No Distribution docketed on May 31, 2016.

Dated: August 2, 2016                              Respectfully submitted,

                                                        */s/Natalie Lutz Cardiello*
                                                        Natalie Lutz Cardiello, Trustee
                                                        107 Huron Drive
                                                        Carnegie, PA 15106
                                                        (412) 276-4043
                                                        ncardiello@comcast.net
                                                        PA ID# 51296