# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Bankruptcy No. 13-25333-CMB |
| Eugene G. Bragano : | |
| : | Chapter 7 |
| : | |
| *Debtor* : | |
| : | |
| Natalie Lutz Cardiello, Trustee : | |
| Movant : | |
| : | |
| v. : | |
| : | |
| No Respondent : | |

## CERTIFICATE OF SERVICE
## OF
## NOTICE OF HEARING AND RESPONSE DEADLINE
## and
## TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL
## REAL ESTATE SERVICES AND COLDWELL BANKER TO
## PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330

I certify under penalty of perjury that I caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on **October 24, 2016.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service By Electronic Notification**

Andrew F Gornall on behalf of Creditor MidFirst Bank
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

Carol L. Hanna on behalf of Attorney Carol Lynn Hanna
karen@carollhanna.com

Carol L. Hanna on behalf of Debtor Eugene G Bragano
karen@carollhanna.com

Jeffrey R. Hunt on behalf of Creditor Borough of Carnegie
jhunt@grblaw.com, cnoroski@grblaw.com

Jeffrey R. Hunt on behalf of Creditor Carlynton School District
jhunt@grblaw.com, cnoroski@grblaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Matthew Christian Waldt on behalf of Creditor CitiMortgage, Inc.
mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

S. James Wallace on behalf of Creditor Equitable Gas Bankruptcy Department
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

Lawrence W. Willis on behalf of Debtor Eugene G Bragano
help@urfreshstrt.com, urfreshstrt@gmail.com

**Service By First Class Mail**

See attached list

**EXECUTED ON:** October 26, 2016

By:  */s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
(412) 276-4043
ncardiello@comcast.net

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| 1 PJEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | 2 CABELAS WFB<br>PO BOX 82608<br>LINCOLN NE 68501-2608 | 3 CAVALRY SPV II LLC<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA NY 10595-1340 |
| 4 CITIFINANCIAL MORTGAGE<br>CO JAY B JONES ESQUIRE<br>1617 JKF BOULEVARD SUITE 1400<br>PHILADELPHIA PA 19103 | 5 CREDIT MANAGEMENT CO<br>681 ANDERSEN DR<br>PITTSBURGH PA 15220-2766 | 6 FIRST FEDERAL CREDIT CONTROL<br>24700 CHAGRIN BLVD 205<br>BEACHWOOD OH 44122-5662 |
| 7 LVNV FUNDING LLC<br>PO BOX 10497<br>GREENVILLE SC 29603-0497 | 8 MIDFIRST BANK<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY OK 73118-6051 | 9 PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 |
| 10 VERIZON WIRELESS<br>500 TECHNOLOGY DR<br>WELDON SPRING MO 63304-2225 | 11 PPORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | 12 CALVARY PORTFOLIO SERV<br>500 SUMMIT LAKE DRIVE SUITE 400<br>VALHALLA NY 10595-2322 |
| 13 CHASE BANK USA<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | 14 CITIFINANCIAL MORTGAGE COMPANY<br>1000 TECHNOLOGY DRIVE<br>O FALLON MO 63368-2240 | 15 DEPARTMENT STORES NATIONAL BANKMACYS<br>BANKRUPTCY PROCESSING<br>PO BOX 8053<br>MASON OH 45040-8053 |
| 16 GEJC PENNEY<br>PO BOX 965007<br>ORLANDO FL 32896-5007 | 17 LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS<br>ASSIGNEE OF CITIBANK SOUTH DAKOTA NA<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | 18 MIDLAND CREDIT MGMT<br>8875 AERO DR STE 200<br>SAN DIEGO CA 92123-2255 |
| 19 SEARSCBNA<br>133200 SMITH RD<br>CLEVELAND OH 44130 | 20 WORLD S FOREMOST BANK<br>CABELAS CLUB VISA<br>PO BOX 82609<br>LINCOLN NE 68501-2609 | 21 AMERICAN INFOSOURCE LP AS AGENT FOR VERIZON<br>PO BOX 248838<br>OKLAHOMA CITY OK 73124-8838 |
| 22 CAPITAL ONE NA<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | 23 CHEVRON<br>ATTENTION PAYROLL ADMINISTRATOR<br>6001 BOLLINGER CANYON ROAD<br>SAN RAMON CA 94583-2324 | 24 CITIMORTGAGE INC<br>PO BOX 688971<br>DES MOINES IA 50368-8971 |
| 25 EUGENE G BRAGANO<br>1018 FORSYTHE RD<br>CARNEGIE PA 15106-3045 | 26 KOHLSCHASE<br>PO BOX 3115<br>MILWAUKEE WI 53201-3115 | 27 MACYS<br>PO BOX 8218<br>MASON OH 45040-8218 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
28 NCO FINANCIAL                    29 THDCBNA
POB 15270                           PO BOX 6497
WILMINGTON DE 19850-5270            SIOUX FALLS SD 57117-6497
```