IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 13-25333-CMB |
| EUGENE G BRAGANO | : | Chapter 7 |
| *Debtor* | : | Related to Doc. No. 118 |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| v. | : | |
| No Respondent | : | |

### ORDER EMPLOYING PROFESSIONAL FOR TRUSTEE

AND NOW, this __24th__ day of _____October_____, 20 __16__, upon consideration of the *APPLICATION TO APPOINT AN ATTORNEY FOR THE TRUSTEE,* it is **ORDERED, ADJUDGED and DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. The *Law Offices of Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106* is hereby appointed as *Attorney* for the Trustee in this bankruptcy proceeding for the reasons set forth in the Application.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4. Approval of any application for appointment of counsel in which certain hourly rates/ compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the abovementioned factors in granting approval by Court Order.

*Carlota M. Böhm*    **dmr**
CARLOTA M. BÖHM, Judge
United States Bankruptcy Court

FILED
10/24/16 4:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Eugene G Bragano  
    Debtor

Case No. 13-25333-CMB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Oct 24, 2016  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2016.  
db          +Eugene G Bragano,    1018 Forsythe Rd,    Carnegie, PA 15106-3045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2016                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2016 at the address(es) listed below:

         Andrew F Gornall     on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Carol L. Hanna     on behalf of Attorney Carol Lynn Hanna karen@carollhanna.com  
         Carol L. Hanna     on behalf of Debtor Eugene G Bragano karen@carollhanna.com  
         Jeffrey R. Hunt     on behalf of Creditor    Borough of Carnegie jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt     on behalf of Creditor    Carlynton School District jhunt@grblaw.com, cnoroski@grblaw.com  
         Lawrence W. Willis     on behalf of Debtor Eugene G Bragano help@urfreshstrt.com, urfreshstrt@gmail.com  
         Matthew Christian Waldt     on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         Natalie Lutz Cardiello     on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com  
         Natalie Lutz Cardiello     ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         S. James Wallace     on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                             TOTAL: 11