**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  13-25333-CMB |
| | : | |
| EUGENE G BRAGANO | : | Chapter 7 |
| | : | |
| *Debtor* | : | Related to Doc. No.  119, 120 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | Hearing Date and Time: |
| | : | November 17, 2016 at 1:30 PM |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

**CERTIFICATE OF NO OBJECTION
REGARDING TRUSTEE'S APPLICATION TO RETAIN BK
GLOBAL REAL ESTATE SERVICES AND COLDWELL BANKER TO
PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Trustee's Application to Retain BK Global Real Estate Services and Coldwell Banker to Procure Consented Public Sale Pursuant to 11 U.S.C. §§327, 328 and 330** ("Application") filed on October 21, 2016, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Application, objections to the Application were to be filed and served no later than November 10, 2016.

It is hereby respectfully requested that the Order filed in connection with the Trustee's Application be entered by the Court.

Dated:  November 11, 2016

By  */s/Natalie Lutz Cardiello*
    Natalie Lutz Cardiello, Esquire
    PA I.D. #51296
    107 Huron Drive
    Carnegie, PA 15106
    ncardiello@comcast.net
    (412) 276-4043