IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 13-25333-CMB |
| | : | |
| Eugene G. Bragano | : | Chapter 7 |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | Related to Doc. No. 119 |
| Movant | : | |
| | : | FILED |
| | : | 11/14/16 9:56 am |
| v. | : | CLERK |
| | : | U.S. BANKRUPTCY |
| No Respondent | : | **ENTERED BY DEFAULT**   COURT - WDPA |

**ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO RETAIN
BK GLOBAL REAL ESTATE SERVICES AND COLDWELL BANKER TO
PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330**

AND NOW, upon the Notice and Application of Natalie Lutz Cardiello, trustee in the above-captioned case ("Trustee"), to *Retain BK Global Real Estate Services and* Coldwell Banker *to Procure Consented Public Sale pursuant to 11 U.S.C. § § 327, 328 and 330* ("Application"), it is **ORDERED, ADJUDGED, and DECREED** as follows:

(1) The Application is hereby approved as of the date the Application was filed.

(2) *BK Global Real Estate Services and* Coldwell Banker are hereby appointed as **Realtor** for the Trustee in this bankruptcy proceeding pursuant to the terms described in the BKRES Agreement and the Listing Agreement attached to the Application for the purpose of acting as the Trustee's agent in connection with the sale of real estate located at 1018 Forsythe Road, Carnegie, PA 15106. A realtor commission in the amount of **6%** on the sale price is tentatively approved, subject to final court order.

(3) Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

(4) The approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

Date:  November 14, 2016

_____
CARLOTA M. BÖHM, JUDGE    **dmr**
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 13-25333-CMB
Eugene G Bragano                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1                Date Rcvd: Nov 14, 2016
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2016.
db             +Eugene G Bragano,    1018 Forsythe Rd,    Carnegie, PA 15106-3045
r              +BK Global Real Estate Services,    Attn: Stephanie Givens,    2000 Lamar Blvd,    Suite 155,
                 Arlington, TX 76006-7337
r              +Coldwell Banker,    9600 Perry Highway, Suite 100,    Pittsburgh, PA 15237-5552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                              Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Carol L. Hanna    on behalf of Attorney Carol Lynn Hanna karen@carollhanna.com
              Carol L. Hanna    on behalf of Debtor Eugene G Bragano karen@carollhanna.com
              Jeffrey R. Hunt    on behalf of Creditor    Carlynton School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Carnegie jhunt@grblaw.com,
               cnoroski@grblaw.com
              Lawrence W. Willis    on behalf of Debtor Eugene G Bragano help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Matthew Christian Waldt    on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
              Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 11