**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Eugene G Bragano** | Social Security number or ITIN **xxx–xx–4052** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 13–25333–CMB | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Eugene G Bragano

<u>5/22/17</u>                                             **By the court:**   <u>Carlota M. Bohm</u>
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                       **Order of Discharge**                                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-25333-CMB
Eugene G Bragano                                                    Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala           Page 1 of 2          Date Rcvd: May 22, 2017
                              Form ID: 318         Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
```
db              #+Eugene G Bragano,    1018 Forsythe Rd,    Carnegie, PA 15106-3045
aty              Carol Lynn Hanna,    2700 S. Park Road,    Bethel Park, PA  15102-3806
r               +BK Global Real Estate Services,    Attn: Stephanie Givens,    2000 Lamar Blvd,    Suite 155,
                  Arlington, TX 76006-7337
intp            +Chevron,    Attention: Payroll Administrator,    6001 Bollinger Canyon Road,
                  San Ramon, CA 94583-2324
r               +Coldwell Banker,    9600 Perry Highway, Suite 100,    Pittsburgh, PA 15237-5552
cr              +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                  Pittsburgh, PA 15212-5860
13797012        +Borough of Carnegie,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                  Pittsburgh, PA 15219-6101
13797011        +Borough of Carnegie/Carlynton SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                  Pittsburgh, PA 15219-6101
13771796        +Cabelas WFB,    PO Box 82608,    Lincoln, NE 68501-2608
13841931        +Carol L. Hanna, Esq,    2700 South Park Road,    Bethel Park, PA 15102-3806
13805551         CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13791267         Citifinancial Mortgage,    c/o Jay B. Jones, Esquire,    1617 JKF Boulevard, Suite 1400,
                  Philadelphia, PA  19103
13771800        +Credit Management Co,    681 Andersen Dr,    Pittsburgh, PA 15220-2766
13771801        +First Federal Credit Control,    24700 Chagrin Blvd 205,    Beachwood, OH 44122-5662
14208688        +MidFirst Bank,    999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13771812        +Verizon Wireless,    500 Technology Dr,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QNLCARDIELLO.COM May 23 2017 01:04:00      Natalie Lutz Cardiello,    107 Huron Drive,
                  Carnegie, PA 15106-1826
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2017 01:22:02      Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA  17128-0946
13792812         EDI: AIS.COM May 23 2017 01:03:00      American InfoSource LP as agent for,    Verizon,
                  PO Box 248838,    Oklahoma City, OK  73124-8838
13771798        +EDI: CHASE.COM May 23 2017 01:04:00      CHASE BANK USA,    PO Box 15298,
                  Wilmington, DE 19850-5298
13771797        +E-mail/Text: bankruptcy@cavps.com May 23 2017 01:22:51      Calvary Portfolio Serv,
                  500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2322
13841937         EDI: BL-BECKET.COM May 23 2017 01:05:00      Capital One, N.A.,    c o Becket and Lee LLP,
                  POB 3001,    Malvern, PA 19355-0701
13779655        +E-mail/Text: bankruptcy@cavps.com May 23 2017 01:22:51      Cavalry SPV II, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13771799        +EDI: CIAC.COM May 23 2017 01:03:00      Citifinancial Mortgage Company,    1000 Technology Drive,
                  O Fallon, MO 63368-2240
13777143        +EDI: TSYS2.COM May 23 2017 01:04:00      Department Stores National Bank/Macy’s,
                  Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
13771802        +EDI: RMSC.COM May 23 2017 01:04:00      GE/JC Penney,    PO Box 965007,    Orlando, FL 32896-5007
13821267         EDI: JEFFERSONCAP.COM May 23 2017 01:05:00      Jefferson Capital Systems LLC,    Po Box 7999,
                  Saint Cloud Mn 56302-9617
13771803        +EDI: CBSKOHLS.COM May 23 2017 01:04:00      Kohls/Chase,    PO Box  3115,
                  Milwaukee, WI 53201-3115
13771804        +EDI: RESURGENT.COM May 23 2017 01:04:00      LVNV Funding LLC,    PO Box 10497,
                  Greenville, SC 29603-0497
13840403         EDI: RESURGENT.COM May 23 2017 01:04:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of Citibank (South Dakota),,    N.A.,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
13771805        +EDI: TSYS2.COM May 23 2017 01:04:00      MACYS,    PO Box 8218,    Mason, OH 45040-8218
13771806        +EDI: MID8.COM May 23 2017 01:04:00      Midland Credit MGMT,    8875 Aero Dr Ste 200,
                  San Diego, CA 92123-2255
13771807        +E-mail/Text: bankruptcydepartment@tsico.com May 23 2017 01:23:08      NCO Financial,    POB 15270,
                  Wilmington, DE 19850-5270
13771808         EDI: PRA.COM May 23 2017 01:03:00      Portfolio Recovery Associates LLC,    PO Box 12914,
                  Norfolk, VA 23541
13771809        +EDI: SEARS.COM May 23 2017 01:04:00      Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
13771810         EDI: SEARS.COM May 23 2017 01:04:00      Sears/CBNA,    133200 Smith Rd,    Cleveland, OH 44130
13771811        +EDI: CITICORP.COM May 23 2017 01:04:00      Thd/CBNA,    PO Box 6497,
                  Sioux Falls, SD 57117-6497
13826517         E-mail/Text: WFB.Bankruptcy@cabelas.com May 23 2017 01:23:23      WORLD’S FOREMOST BANK,
                  CABELA’S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                                               TOTAL: 22
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Carnegie
cr              Carlynton School District
cr              CitiMortgage, Inc.
cr              MidFirst Bank
```

```
District/off: 0315-2           User: aala                    Page 2 of 2                    Date Rcvd: May 22, 2017
                               Form ID: 318                  Total Noticed: 38

aty*          +Natalie Lutz Cardiello,   107 Huron Drive,   Carnegie, PA 15106-1826
                                                                                             TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Carol L. Hanna     on behalf of Debtor Eugene G Bragano karen@carollhanna.com
              Carol L. Hanna     on behalf of Attorney Carol Lynn Hanna karen@carollhanna.com
              James   Warmbrodt     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Carnegie jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Carlynton School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Lawrence W. Willis     on behalf of Debtor Eugene G Bragano help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Matthew Christian Waldt     on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Natalie Lutz Cardiello     on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.epiqsystems.com
              Natalie Lutz Cardiello    ncardiello@comcast.net,  ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 12
```